## THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## CENTRAL DIVISION

**WILLIAM SPARKMON**                                                   **PLAINTIFF**

v.                                    **Case No. 4:17-cv-00799-KGB**

**BOBBY MAY**                                                                 **DEFENDANT**

## ORDER

Before the Court is the motion to dismiss without prejudice filed by plaintiff William Sparkmon (Dkt. No. 22). In the instant motion, Mr. Sparkmon asks the Court to dismiss this matter without prejudice. Mr. Sparkmon represents that defendant Bobby May does not object to his motion to dismiss without prejudice. For good cause shown, the Court grants the motion and dismisses this action without prejudice. The Court denies as moot all other pending motions in this case (Dkt. Nos. 11, 14, 18).

It is so ordered this 6th day of March, 2020.

                                                                                 _/s/ Kristine G. Baker_
                                                                                 Kristine G. Baker
                                                                                 United States District Judge