THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

WILLIAM SPARKMON                                                        PLAINTIFF

v.                          Case No. 4:17-cv-00799-KGB

BOBBY MAY                                                               DEFENDANT

## JUDGMENT

Pursuant to the Order entered in this matter on this date, it is considered, ordered, and adjudged that plaintiff William Sparkmon's claims are dismissed without prejudice. The relief requested is denied.

It is so ordered this 6th day of March, 2020.

_____
Kristine G. Baker
United States District Judge